to show that the evidence with respect to the Hartolan wool wax alcohols is applicable thereto.

On the record presented, the protest claim for tax or duty at the rate of 2 cents per pound under the provisions of section 2491 (c) of the Internal Revenue Code is sustained only as to the merchandise described on the invoice covered by entry 806924 as "Hartolan Wool Wax Alcohols." In all other respects and as to all other merchandise, the protest is overruled.

Judgment will issue accordingly.

**No. 58112.**—F. E. Macartney v. United States, protests 145717–K, etc. (Duluth).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiff was sustained.

**No. 58113.**—F. E. Macartney v. United States, protest 150068–K (Duluth).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiff was sustained.

**No. 58114.**—F. E. Macartney v. United States, protests 154388–K, etc. (Duluth).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 20, 1954

**No. 58115.**—C. J. Tower & Sons v. United States, protest 144239–K (Buffalo).

LAWRENCE, Judge: Certain so-called Toridheet oil burners and parts were, upon importation, classified by the collector of customs in paragraph 353 of the Tariff Act of 1930 (19 U. S. C. § 1001, par. 353), as modified by the trade agreement between the United States and the United Kingdom, 74 Treas. Dec. 253, T. D. 49753, as "Machines [and parts] having as an essential feature an electrical element or device and which would be dutiable under paragraph 372, Tariff Act of 1930, if of a kind which could be designed to operate without such electrical element or device." Accordingly, duty was assessed thereon at the rate of 27½ per centum ad valorem.

Plaintiff contends that said merchandise should be held dutiable at 25 per centum ad valorem pursuant to said paragraph 353, as modified, *supra*, which provides for articles having as an essential feature an electrical element or device except, *inter alia*, those machines not specially provided for therein which would